# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 3, 2025

## NO. 03-24-00137-CR

**Kevin Edward Martin, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
### BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the judgment requiring reversal. However, there was error in the judgment and sentence that requires correction. Therefore, the Court modifies the trial court's judgment and sentence reflect that appellant pled "No Contest" and not "Not Guilty" to the charged offense, The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.